MARCHMAN *v.* CITY ELECTRIC RAILWAY COMPANY.

COBB, J.    When in the trial of an action against a railway company for negli-
gence in damaging property the evidence demands a finding that the defend-
ant was not negligent, an error in the admission of evidence relating to the
ownership of the property damaged will not authorize the granting of a new
trial.                                *Judgment affirmed.    By five Justices.*

Submitted May 8, — Decided June 3, 1903.

Certiorari.    Before Judge Henry.    Floyd superior court.    Sep-
tember 30, 1902.

*Lipscomb & Willingham*, for plaintiff.
*Denny & Harris*, for defendant.